# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-CR-494-T-27TGW

WILMER CUERO HINTESTROZA

## ORDER

The United States moved to reduce Defendant's sentence pursuant to Fed. R. Crim. P. 35(b), and recommended a two level reduction in Defendant's offense level. (Dkt. 256). The motion was **GRANTED**, and Defendant was directed to respond. (Dkt. 258). No response has been filed and the time to do so has passed.

Accordingly, Defendant's sentence of imprisonment is reduced to **108 months**. All other terms and conditions of his original sentence remain unchanged.

**DONE AND ORDERED** this 3rd day of April, 2020.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies: Defendant, Counsel of Record, U.S. Bureau of Prisons